UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

IN RE TWO GRAND JURY SUBPOENAS DATED    :       22-MC-359 (JMF)
NOVEMBER 2022                        :

                        :         <u>ORDER</u>
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Government has filed a motion to compel compliance with two grand jury subpoenas dated November 2022.  Any opposition to the motion shall be filed by **January 6, 2023**; any reply shall be filed by **January 13, 2023**.

The Government shall electronically serve a copy of this Order (and, to the extent it has not done so already, all of the relevant motions papers) on counsel for the subpoena recipients no later than **December 19, 2022**.  The Government's request to redact the papers served on counsel, *see* Gov't's Mem. 3 n.2, is approved (subject to further order of the Court).

The Government's request to file its unredacted memorandum of law, and exhibits, under seal is GRANTED.  In view of the presumption in favor of public access to judicial documents, and the fact that any sealing must be narrowly tailored, however, the Government shall propose redactions to its submissions, in accordance with the procedures set forth in the Court's Individual Rules and Practices for Criminal Cases, no later than **December 22, 2022**.

For similar reasons, any opposition to the motion shall be filed in the first instance under seal.  Counsel shall then confer and, within three days, propose redactions to the opposition.

The Clerk of Court is direct to assign this case to the undersigned.

SO ORDERED.

Dated: December 16, 2022
      New York, New York

                                   JESSE M. FURMAN
                          United States District Judge, Part One