UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

IN RE TWO GRAND JURY SUBPOENAS DATED    :        22-MC-359 (JMF)
NOVEMBER 2022
                                                    :        ORDER
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On December 16, 2022, the Government filed a motion to compel compliance with two grand jury subpoenas dated November 2022. Only one Respondent filed opposition to the motion. *See* ECF Nos. 7-8. The Government replied on January 13, 2023. *See* ECF Nos. 11-12.

        The parties shall appear for an **in person** conference with the Court on **January 25, 2023**, at **11:15 a.m.** in **Courtroom 1105** of the **Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007**. At that time, Respondent should be prepared to update the Court as to the status of the ongoing review with respect to the Personal Subpoena.

        **If any party believes that the conference must be closed to the public, in whole or in part, it shall file a letter-motion to that effect by January 20, 2023.**

        SO ORDERED.

Dated: January 17, 2023
       New York, New York
                                                                    JESSE M. FURMAN
                                                                 United States District Judge