UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE TWO GRAND JURY SUBPOENAS DATED     :     22-MC-359 (JMF)
NOVEMBER 2022                            :
:     ORDER
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Government's motion to compel compliance with two grand jury subpoenas dated November 2022 is DENIED without prejudice for the reasons stated on the record during the conference held earlier today.[1]

Further, as discussed, there is no need for the letters filed at ECF Nos. 29 and 30 to be sealed.  **Accordingly, the Clerk of Court is directed to modify ECF Nos. 29 and 30 to be accessible by the public.**

The Court approves the parties' redactions to their prior submissions.  *See* ECF Nos. 3, 8, 14.  The Court finds that the redactions are narrowly tailored to the reasons that justify sealing (namely, grand jury secrecy).

Finally, the Government does not appear to have filed its initial motion papers in unredacted form on ECF.  The Government shall do so — with viewing restrictions limited to the Court and the filing party — no later than **February 10, 2023**.

**The Clerk of Court is directed to terminate ECF No. 3.**

SO ORDERED.

Dated: February 8, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[1] Out of an abundance of caution, the proceeding was sealed because it pertains to a grand jury investigation.  The parties and the Court, however, managed to discuss the relevant issues without referencing anything that would call for redaction.  Accordingly, the transcript of the proceeding was not sealed and is available to the public in the normal course.